# WEISBERG CUMMINGS
### A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | |
|---|---|---|
| LARRY A. WEISBERG<br>DERREK W. CUMMINGS*^ | **2704 COMMERCE DRIVE, SUITE B**<br>**HARRISBURG, PENNSYLVANIA 17110-9380** | STEVE T. MAHAN<br>MICHAEL J. BRADLEY |
| *CERTIFIED PUBLIC ACCOUNTANT<br>^MEMBER ARIZONA BAR | | PHONE:  717.238.5707<br>FAX:       717.233.8133 |

July 19, 2021

The Honorable Yvette Kane
United States District Judge
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street,
P.O. Box 11469
Harrisburg, PA 17108

      **RE:** *Riley v. Bloomin' Brands Inc.*
           **Civil Action No. 1:21-cv-00914-YK**

Dear Judge Kane:

    I am writing to advise you that the parties in this matter have reached an agreement to resolve this matter.  At this time, the parties are in agreement that the Court may process this case as settled and to that end, we respectfully request that the court issue an order dismissing the action in without costs and without prejudice to the right of either party, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

    Should you have any questions, please contact me at (717) 238-5707.

                                Sincerely,

                                */s/ Larry A. Weisberg*

                                Larry A. Weisberg
                                PA Bar ID # 83410
                                *Counsel for Plaintiff*

cc (via Email):  Robert Perryman, Esq., Counsel for Defendant, robert.perryman@ogletree.com