IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAILAH RILEY, | : | |
|    Plaintiff | : | No. 1:21-cv-00914 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| BLOOMIN' BRANDS INC., | : | |
| d/b/a OUTBACK STEAKHOUSE | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, on this 20th day of July 2021, upon notification from counsel that the parties have reached settlement in this matter (Doc. No. 5), **IT IS ORDERED THAT** the above-captioned action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. **IT IS FURTHER ORDERED THAT** the parties are directed to submit, within sixty (60) days of the date of this Order, a joint status report addressing whether the instant action should be dismissed with or without prejudice. Should the parties fail to submit a timely status report in accordance with this Order, the Court will deem the dismissal of this action to be with prejudice. The Clerk of Court is directed **CLOSE** this case.

                                                                        s/ Yvette Kane
                                                                        Yvette Kane, District Judge
                                                                        United States District Court
                                                                        Middle District of Pennsylvania