UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAILAH RILEY, | : |
| | : |
| Plaintiff, | : CASE NO. 1:21-cv-00914-YK |
| | : |
| v. | : |
| | : Judge Kane |
| BLOOMIN' BRANDS INC., | : |
| D/B/A OUTBACK STEAKHOUSE, | : |
| | : |
| Defendant. | : |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nailah Riley hereby dismisses all of the claims asserted and that could have been asserted in Plaintiff's Complaint, with prejudice, without fees or costs to any party, and with all rights of appeal waived.

**WEISBERG CUMMINGS, P.C.**

*/s/ Larry A. Weisberg*
Larry A. Weisberg
2704 Commerce Drive, Suite B
Harrisburg, PA 17110

*Attorney for Plaintiff*

Date: August 5, 2021